**UNITED STATES DISTRICT COURT**
**DISTRICT NEW JERSEY**

|  |  |
|---|---|
| INTEGRITY CONSULTING, LLC | : |
|  | : Civil Action No. 11-2084(JBS) |
| Plaintiff(s) | : |
| vs. | : **NOTICE OF CALL FOR DISMISSAL** |
|  |   **PURSUANT TO LOCAL RULE** |
|  | : **41.1(a)** |
| INTEGRITY CONSULTING OF OHIO, ET AL | : |
|  | : |
| Defendant(s) | : |

    PLEASE TAKE NOTICE, that the above-captioned action, having been pending for more than 120 days without any proceeding having been taken therein, will be called at the Mitchell H. Cohen Courthouse, One John F. Gerry Plaza, Camden, New Jersey before the Hon. Jerome B. Simandle, U.S.D.J., Courtroom 4A, on **Wednesday, October 12, 2011 at 9:30 a.m.** or as soon thereafter as the same may be reached, and unless sufficient cause to the contrary is shown, the case will be dismissed for lack of prosecution in accordance with Local Rule 41.1(a) of the Local Rules of this Court.

    **NO APPEARANCE IS REQUIRED.** Litigants may show good cause by affidavit setting forth what good faith efforts to prosecute this action have been made and what further efforts are intended.

                                            WILLIAM T. WALSH, CLERK

                                   By:
                                        s/ Marnie Maccariella
                                        Deputy Clerk

DATED: September 30, 2011

TO:  Norman Elliot Lehrer